Sherman G. Taylor and Helen Taylor, Appellants, v. T. C. Fredrich, Assignee of Charles H. Albers, Receiver of Brookfield State Bank, and Thomas J. O'Brien, Appellees.

Gen. No. 41,313.

opinion filed January 22, 1941. Wellman

& Wellman, for appellants; Walter C. Wellman, of counsel; Harry A. Biossat, for appellee T. C. Fredrich. Opinion by PRESIDING JUSTICE HEBEL. "Not to be published in full."